HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NOLBERTO BRAMBILA SANCHEZ,

Petitioner,

v.

BRUCE SCOTT, Warden, Northwest ICE
Processing Center, *et al.*,

Respondents.

CASE NO. 2:26-cv- 00948-RAJ

ORDER

THIS MATTER comes before the Court upon Respondent Markwayne Mullin's Objections to Order Requiring Revised Filings (the "Objections," Dkt. # 17) and Motion to Partially Seal (the "Motion," Dkt. # 21). Petitioner joined the Motion. Dkt. # 22. The Court has reviewed the Objections and Motion and all submissions in support and opposition thereto. The Court grants in part the Objections and Motion, as set forth below.

Respondent acknowledges that several of the redactions identified in the Court's Order Granting the Petition for Writ of Habeas Corpus in this case may be unredacted. *See* Dkt. # 17 at 1–2; Dkt. # 18 ¶ 6. The only remaining redactions Respondents seek to maintain are: (1) the redacted text in the paragraph beginning "During routine system queries . . ." on page 2 of Respondent's Exhibit I in support of their opposition to the Petition (*see* Dkt. # 7-9 at 3); and (2) the redacted text in Respondent's Exhibit M (Dkt. #

ORDER – 1

7-13).  As to the first redaction, the Court overrules Respondent's objection.  In so doing, the Court observes that—like the other redactions Respondent has agreed to revise—the information withheld by this particular redaction was disclosed in a declaration supporting Respondent's opposition brief.  *See* Dkt. # 6 ¶ 13.  As to the second redaction, the Court agrees that the information withheld by Respondent is properly subject to protection pursuant to 8 C.F.R. § 208.6(a) and that no exception to the regulation applies.

Based on the foregoing, the Court **GRANTS IN PART** the Objections and the Motion.  Dkt. ## 17, 21.  The Court **ORDERS** that Respondent file a revised version of Exhibit I and unredact the entirety of the paragraph that begins "During routine system queries . . ."  *See* Dkt. # 7-9 at 3.

A revised version of the Court's provisionally sealed Order Granting Petitioner's Petition for Habeas Corpus is forthcoming.  Dkt. # 13.  The Court's revised Order will include redactions consistent with the determinations set forth in this Order.

Dated this 18th day of June, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2